**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN CARLOS RODRIGUEZ-FRANCISCO,** | : | **CIVIL ACTION NO. 1:20-CV-1076** |
| | : | |
| | : | **(Judge Conner)** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **D.K. WHITE, Warden,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 24th day of July, 2020, upon consideration of petitioner Juan Carlos Rodriguez-Francisco's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1.  Rodriguez-Francisco's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2.  The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania